Timothy G. Tietjen, Esq. (SBN 104975)
June P. Bashant, Esq. (SBN 188496)
**ROUDA, FEDER, TIETJEN & McGUINN**
44 Montgomery Street, Suite 4000
San Francisco, California 94104
*Telephone:* 415-398-5398
*Facsimile:* 415-398-8169

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIKA SLAGOWSKI, a minor by and through her Guardian ad litem, CANDACE SLAGOWSKI, <br><br> Plaintiff, <br> vs. <br><br> DELAWARE NORTH PARKS AND RESORTS, DNC PARKS & RESORTS AT YOSEMITE, INC., MELVIN FRIDAY, and DOES 1 through 25, Inclusive, <br><br> Defendants. | NO. 1:11-cv-00160-AWI-GSA <br><br> **ORDER CONTINUING EXPERT DISCLOSURE AND THE EXPERT DISCLOSURE DISCOVERY CUT OFF DATES** <br><br> Trial Date: July 10, 2012 |

Plaintiff ANIKA SLAGOWSKI, a minor by and through her Guardian Ad Litem, CANDACE SLAGOWSKI, and defendant, DELAWARE NORTH PARKS AND RESORTS, DNC PARKS & RESORTS AT YOSEMITE, INC., MELVIN FRIDAY, by and through their counsel of record, hereby Stipulate and agree as follows:

1. Counsel have agreed to extend the discovery cutoff date 90 days from December 7, 2011 to March 6, 2012. Expert deadlines will be moved accordingly. The parties wish to leave the current trial date of July 10, 2012, and the May 24, 2012 pre-trial conference. Counsel do not

anticipate the filing of any dispositive pre-trial motions, and therefore the current trial date will not be affected by the dispositive motion date.

    **2.**    The parties agree that the current expert disclosure and expert discovery cut off dates will be continued and changed as follows:

| | | |
|---|---|---|
| a. | Current Expert Disclosure: | December 21, 2011 |
| | New Expert Disclosure: | April 30, 2012 |
| b. | Current Supplemental Expert Disclosure: | January 11, 2012 |
| | New Supplemental Expert Disclosure | May 18, 2012 |
| c. | Current Expert Discovery Cut-off: | February 10, 2012 |
| | New Expert Discovery Cut-off: | April 12, 2012 |
| d. | L/D to file Non-dispositive Pre-Trial Motions: | April 6, 2012 |
| e. | L/D to file dispositive Pre-Trial Motions: | April 27, 2012 |
| f. | Pre-Trial Conference: | May 24, 2012 |
| g. | Trial Date: | July 10, 2012 |

**ORDER**

The Stipulation filed by the parties on November 11, 2011 (Doc. 13), is ADOPTED with the following cautionary note:  While the parties "do not anticipate the filing of any dispositive pre-trial motions," the parties are expressly advised that were either to file a dispositive motion, it would be *highly unlikely*, in light of the workload carried by the district judges in this Court, that the pre-trial conference and trial dates would remain as scheduled despite the parties' wishes.

IT IS SO ORDERED.

**Dated: November 15, 2011**                        <u>/s/ Gary S. Austin</u>
                                                        UNITED STATES MAGISTRATE JUDGE