1 Timothy G. Tietjen, Esq. (SBN 104975)
2 June P. Bashant, Esq. (SBN 188496)
**ROUDA, FEDER, TIETJEN & McGUINN**
3 44 Montgomery Street, Suite 4000
San Francisco, California 94104
4 *Telephone:* 415-398-5398
*Facsimile:* 415-398-8169

5 Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| ANIKA SLAGOWSKI, a minor by and through her Guardian ad litem, CANDACE SLAGOWSKI, <br><br> Plaintiff, <br> vs. <br><br> DELAWARE NORTH PARKS AND RESORTS, DNC PARKS & RESORTS AT YOSEMITE, INC., MELVIN FRIDAY, and DOES 1 through 25, Inclusive, <br><br> Defendants. | NO. 1:11-cv-OO160-AWI-GSA <br><br> **JOINT STIPULATION TO CONTINUE TRIAL DATE AND MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER; PROPOSED ORDER** |

Plaintiff Anika Slagowski, through her Guardian ad Litem, Candace Slagowski and her attorney of record Timothy G. Tietjen, and defendant Delaware North Parks and Resorts, DNC Parks & Resorts at Yosemite, Inc., and Melvin Friday by and through their attorney of record Gregory Mason hereby stipulate to continue the trial date currently set for July 10, 2012 to October 2, 2012.  Counsel further stipulate to continuing the Pretrial Conference from May 24, 2012 to August 9, 2012; and extend the current expert discovery cut-off date from June 30, 2012 to July 30, 2012.

**Joint Stipulation To Continue Trial Date And Modify The Status (Pretrial Scheduling) Order; Proposed Order**

## I. EXISTENCE OF GOOD CAUSE

Good cause exists for the requested continuance as trial counsel for plaintiff has a conflict with the currently assigned Pretrial Conference date, and no other dates are available for counsel and the court to reset this matter before trial.  Further, both counsel believe a short continuance of the Trial date will assist counsel in discussing settlement of this case and/or scheduling a Mediation.  Additionally, both counsel wish to continue the trial date so that expert discovery can be completed if settlement discussions prove unfruitful.

## II. STIPULATION

For the foregoing reasons, the parties to this action HEREBY STIPULATE AS FOLLOWS:

1. The Trial date of July 10, 2012 shall be continued to October 2, 2012.

2. The Pretrial Conference shall be continued from May 24, 2012 to August 9, 2012; and

3. Expert discovery cut-off shall be continued from June 30, 2012 to July 30, 2012.

**IT IS SO STIPULATED.**

Dated: May 7, 2012				ROUDA, FEDER, TIETJEN & McGUINN

						/s/Timothy G. Tietjen                              .
						TIMOTHY G. TIETJEN
						Attorney for Plaintiff


Dated: May 7, 2012				MCCORMICK, BARSTOW, SHEPPARD,
						WAYTE & CARRUTH LLP


						/s/Gregory S. Mason                               .
						GREGORY S. MASON
						Attorney for Defendants

**Joint Stipulation To Continue Trial Date And Modify The Status (Pretrial Scheduling) Order; Proposed Order**

## ORDER

Based upon the stipulation of the parties and good cause appearing the Court orders the following:

1. The trial in this matter set for July 10, 2012 shall be continued to October 2, 2012
2. The Pretrial Conference set for May 24, 2012 shall be continued to August 9, 2012 at 8:30 a.m.
3. Expert discovery cut-off shall be continued from June 30, 2012 to July 30, 2012.

IT IS SO ORDERED.

Dated:   May 10, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

**Joint Stipulation To Continue Trial Date And Modify The Status (Pretrial Scheduling) Order; Proposed Order**

3