1

2  Timothy G. Tietjen, Esq. (SBN 104975)

   Cynthia McGuinn, Esq. (SBN 099324)

3  June P. Bashant, Esq. (SBN 188496)

   **ROUDA, FEDER, TIETJEN & McGUINN**

4  44 Montgomery Street, Suite 4000

5  San Francisco, California 94104

   *Telephone:* 415-398-5398

6  *Facsimile:*  415-398-8169

7

   Attorneys for Plaintiff

8

9

10

11                    **IN THE UNITED STATES DISTRICT COURT**

12

                     **EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

13

14                                                    )   **NO.  1:11-cv-OO160-AWI-GSA**
                                                      )
   ANIKA SLAGOWSKI, a minor by and through her       )
15 Guardian ad litem, CANDACE SLAGOWSKI,             )
                                                      )   **JOINT STIPULATION TO EXTEND EXPERT**
                                                      )   **DISCOVERY**
16                                                    )
                     Plaintiff,                       ))
                                                      ))
17   vs.
                                                      )
18                                                    )
   DELAWARE NORTH PARKS AND RESORTS, DNC             )
   PARKS & RESORTS AT YOSEMITE, INC., MELVIN         )
19

                     **Joint Stipulation To Extend Expert Discovery**
20
                                                                                              1
21

1  FRIDAY, and DOES 1 through 25, Inclusive,                )

2                            Defendants.

6                                                           )

7       Plaintiff Anika Slagowski, through her Guardian ad Litem, Candace Slagowski and her attorney of record Timothy G. Tietjen, and defendant Delaware North Parks and Resorts, DNC Parks & Resorts at Yosemite, Inc., and Melvin Friday by and through their attorney of record Gregory Mason hereby stipulate to extend the expert discovery cut-off date in this case from July 30, 2012 to August 30, 2012.

/ / /

/ / /

### I.      EXISTENCE OF GOOD CAUSE

Good cause exists for the requested continuance.   Calendar conflicts between the parties necessitate this brief continuance.

### II.      STIPULATION

For the foregoing reasons, the parties to this action HEREBY STIPULATE AS FOLLOWS:

1.   Expert discovery cut-off shall be continued from July 30, 2012 to August 30, 2012.

**IT IS SO STIPULATED.**

**Joint Stipulation To Extend Expert Discovery**

1  Dated: July 11, 2012                                ROUDA, FEDER, TIETJEN & McGUINN

2

3                                                                    /s/Timothy G. Tietjen                          .

                                                                      TIMOTHY G. TIETJEN

4                                                                    Attorney for Plaintiff

5

6  Dated: July 11, 2012                                MCCORMICK, BARSTOW, SHEPPARD,

7                                                                    WAYTE & CARRUTH LLP

8

9                                                                    /s/Gregory S. Mason                          .

                                                                      GREGORY S. MASON

10                                                                  Attorney for Defendants

11

12                                         **ORDER**

13   Based upon the stipulation of the parties, and good cause appearing, the expert discovery

14  deadline is hereby continued from July 30, 2012 to August 30, 2012.

15

16

17

18  IT IS SO ORDERED.

19       Dated:   **July 20, 2012**                          **/s/ Gary S. Austin**

                              **Joint Stipulation To Extend Expert Discovery**

20

                                                                                                                                3

21

UNITED STATES MAGISTRATE JUDGE