Timothy G. Tietjen, Esq. (SBN 104975)

Cynthia McGuinn, Esq. (SBN 099324)

June P. Bashant, Esq. (SBN 188496)

**ROUDA, FEDER, TIETJEN & McGUINN**

44 Montgomery Street, Suite 4000

San Francisco, California 94104

*Telephone:* 415-398-5398

*Facsimile:*  415-398-8169

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ANIKA SLAGOWSKI, a minor by and through her Guardian ad litem, CANDACE SLAGOWSKI, | ) ) ) ) ) ) ) |
| Plaintiff, | )) )) |
| vs. | ) |
| DELAWARE NORTH PARKS AND RESORTS, DNC PARKS & RESORTS AT YOSEMITE, INC., MELVIN | ) ) ) |

NO.  1:11-cv-OO160-AWI-GSA

**JOINT STIPULATION TO EXTEND EXPERT DISCOVERY**

**Joint Stipulation To Extend Expert Discovery**

1  FRIDAY, and DOES 1 through 25, Inclusive,                    )

2                                    Defendants.

3

4

5

6                                                            )
   _____

7        Plaintiff Anika Slagowski, through her Guardian ad Litem, Candace Slagowski and her attorney of

8  record Timothy G. Tietjen, and defendant Delaware North Parks and Resorts, DNC Parks & Resorts at

9  Yosemite, Inc., and Melvin Friday by and through their attorney of record Gregory Mason hereby stipulate

10 to extend the expert discovery cut-off date in this case from July 30, 2012 to August 30, 2012.

   / / /

11 / / /

12

13                      **I.      <u>EXISTENCE OF GOOD CAUSE</u>**

14        Good cause exists for the requested continuance.   Calendar conflicts between the parties

15 necessitate this brief continuance.

16                         **II.      <u>STIPULATION</u>**

17        For the foregoing reasons, the parties to this action HEREBY STIPULATE AS FOLLOWS:

18        1.   Expert discovery cut-off shall be continued from July 30, 2012 to August 30, 2012.

19        **IT IS SO STIPULATED.**

                         **Joint Stipulation To Extend Expert Discovery**
20
                                                                                                        2
21

Dated: July 11, 2012                    ROUDA, FEDER, TIETJEN & McGUINN


                                        /s/Timothy G. Tietjen                   .

                                        TIMOTHY G. TIETJEN

                                        Attorney for Plaintiff



Dated: July 11, 2012                    MCCORMICK, BARSTOW, SHEPPARD,

                                        WAYTE & CARRUTH LLP



                                        /s/Gregory S. Mason                   .

                                        GREGORY S. MASON

                                        Attorney for Defendants


                                   **ORDER**

        Based upon the stipulation of the parties, and good cause appearing, the expert discovery

deadline is hereby continued from July 30, 2012 to August 30, 2012.


IT IS SO ORDERED.

        Dated:   **July 20, 2012**                **/s/ Gary S. Austin**

                          **Joint Stipulation To Extend Expert Discovery**

3

UNITED STATES MAGISTRATE JUDGE

**Joint Stipulation To Extend Expert Discovery**