**CYNTHIA McGUINN (SBN 099324)**
**MILES B. COOPER (SBN 209085)**
**ROUDA, FEDER, TIETJEN & McGUINN**
44 Montgomery Street, Suite 4000
San Francisco, California  94104
*Telephone:* 415-398-5398
*Facsimile:*  415-398-8169
mc.team@rftmlaw.com
www.rftmlaw.com

ATTORNEYS FOR PLAINTIFF
ANIKA SLAGOWSKI, a minor by and through her
Guardian ad litem, CANDACE SLAGOWSKI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| ANIKA SLAGOWSKI, a minor by and through her Guardian ad litem, CANDACE SLAGOWSKI,<br><br>Plaintiff,<br><br>vs.<br><br>DELAWARE NORTH PARKS AND RESORTS, DNC PARKS & RESORTS AT YOSEMITE, INC., MELVIN FRIDAY, and DOES 1 through 25, Inclusive,<br><br>Defendants. | CASE NO. 1:11-cv-00160-AWI-GSA<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY CUT-OFF**<br><br>The Honorable Anthony W. Ishii<br>Courtroom 2<br>Trial Date:  October 2, 2012 |

Parties, by and through their attorneys of record, stipulate to extend the discovery cut-off to September 11, 2012 as it relates to plaintiff's rehabilitation expert Carol Hyland. Ms. Hyland's deposition was previously scheduled for August 27, 2012, before the close of expert discovery.

## I.  EXISTENCE OF GOOD CAUSE

Ms. Hyland was called to testify in the trial of another matter on that same day and requested that her deposition be rescheduled. Parties agreed to reschedule Ms. Hyland's

deposition to September 11, 2012 at 4:00 p.m., a date that falls after the close of expert discovery.

## II. STIPULATION

For the foregoing reason, the parties to this action hereby stipulate that expert discovery cut-off, as it relates to plaintiff expert Carol Hyland only, shall be continued to September 11, 2012 to allow completion of her deposition.

IT IS SO STIPULATED.

Dated: August 28, 2012                    ROUDA, FEDER, TIETJEN & McGUINN

/s/  Cynthia B. McGuinn
CYNTHIA B. McGUINN
Attorney for Plaintiff

Dated: August 28, 2012                    McCORMICK, BARSTOW, SHEPPARD,
                                          WAYTE & CARRUTH LLP

/s/   Gregory S. Mason           .
GREGORY S. MASON
Attorney for Defendants

## ORDER

Based upon stipulation of the parties and good cause appearing, the Court orders that discovery cut-off, as it relates to plaintiff expert Carol Hyland only, shall be continued to September 11, 2012 to allow completion of her deposition.

IT IS SO ORDERED.

Dated: __**August 29, 2012**__                              __/s/ Gary S. Austin__
                                                                                      UNITED STATES MAGISTRATE JUDGE

{W0318879.DOC}