**CYNTHIA McGUINN (SBN 099324)**
**MILES B. COOPER (SBN 209085)**
**ROUDA, FEDER, TIETJEN & McGUINN**
44 Montgomery Street, Suite 4000
San Francisco, California  94104
*Telephone:* 415-398-5398
*Facsimile:*  415-398-8169
*mc.team@rftmlaw.com*
www.rftmlaw.com

ATTORNEYS FOR PLAINTIFF
ANIKA SLAGOWSKI, a minor by and through her
Guardian ad litem, CANDACE SLAGOWSKI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| ANIKA SLAGOWSKI, a minor by and through her Guardian ad litem, CANDACE SLAGOWSKI,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>DELAWARE NORTH PARKS AND RESORTS, DNC PARKS & RESORTS AT YOSEMITE, INC., MELVIN FRIDAY, and DOES 1 through 25, Inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 1:11-cv-00160-AWI-GSA<br><br>**JOINT STIPULATION TO ACCEPT SERVICE OF PARTIES MOTIONS IN LIMINE BY ECF FILING**<br><br>The Honorable Anthony W. Ishii<br>Courtroom 2<br>Trial Date:  October 2, 2012 |

　　　　Parties, by and through their attorneys of record, stipulate to accept service of Motions in Limine, which are due to be filed on September 14, 2012, and any Oppositions, or Statements of Non-Opposition, to Motions in Limine, which are due to be filed on September 20, 2012, electronically through ECF filing.

{W0319250.DOC}

## **EXISTENCE OF GOOD CAUSE**

Parties are ordered to file their Motions in Limine by 4:00pm on September 14, 2012 and any Oppositions to or Statements of Non-Oppositions to any Motions in Limine by 4:00pm on September 20, 2012. Parties were also ordered to serve their documents on the opposing party by personal or facsimile service.

However, by filing their motions, oppositions and/or statements through the Court's ECF system, parties will be electronically and immediately served with all documents.

IT IS SO STIPULATED.

Dated: September 11, 2012                ROUDA, FEDER, TIETJEN & McGUINN

/s/  *Miles B. Cooper*
MILES B. COOPER
Attorney for Plaintiff

Dated: September 11, 2012                McCORMICK, BARSTOW, SHEPPARD,
                                         WAYTE & CARRUTH LLP

/s/   *Gregory S. Mason*                .
GREGORY S. MASON
Attorney for Defendants


## **ORDER**

Based upon stipulation of the parties and good cause appearing, the Court orders that parties may serve and receive Motions in Limine, Oppositions to and/or Statements of Non-Oppositions to any Motions in Limine via the Court's ECF electronic system.

IT IS SO ORDERED.

Dated:   September 12, 2012

CHIEF UNITED STATES DISTRICT JUDGE

{W0319250.DOC}