**CYNTHIA McGUINN (SBN 099324)**
**MILES B. COOPER (SBN 209085)**
**ROUDA, FEDER, TIETJEN & McGUINN**
44 Montgomery Street, Suite 4000
San Francisco, California  94104
*Telephone:* 415-398-5398
*Facsimile:*  415-398-8169
*mc.team@rftmlaw.com*
www.rftmlaw.com

ATTORNEYS FOR PLAINTIFF
ANIKA SLAGOWSKI, a minor by and through her
Guardian ad litem, CANDACE SLAGOWSKI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| ANIKA SLAGOWSKI, a minor by and through her Guardian ad litem, CANDACE SLAGOWSKI,<br><br>Plaintiff,<br><br>vs.<br><br>DELAWARE NORTH PARKS AND RESORTS, DNC PARKS & RESORTS AT YOSEMITE, INC., MELVIN FRIDAY, and DOES 1 through 25, Inclusive,<br><br>Defendants. | CASE NO. 1:11-cv-00160-AWI-GSA<br><br>**PETITION AND ORDER TO WITHDRAW CANDACE SLAGOWSKI and INSTATE WILLIAM TERRELL AS GUARDIAN AD LITEM FOR MINOR, ANIKA SLAGOWSKI**<br>[Fed. R. Civ. Pro. 17(c); CCP §§ 372, 373]<br><br>The Honorable Anthony W. Ishii<br>Courtroom 2<br>Trial Date:  October 2, 2012 |

Minor plaintiff, ANIKA SLAGOWSKI, by and through her Guardian ad Litem CANDACE SLAGOWSKI, requests that CANDACE SLAGOWSKI's role as guardian ad litem be terminated and that WILLIAM TERRELL be appointed as her new Guardian ad Litem.

1.   Petitioner, ANIKA SLAGOWSKI, is a minor child, age 11, with a date of birth of November 15, 2000.

2. CANDACE SLAGOWSKI is the natural biological mother of ANIKA SLAGOWSKI. CANDACE SLAGOWSKI currently resides at 160 Fillmore Street, Twin Falls, Idaho.

3. Petitioner ANIKA SLAGOWSKI has a cause of action against the above-named defendants in this Court. Petitioner's cause of action arises out of an incident that occurred on June 7, 2010 in Yosemite National Park. Petitioner, Anika Slagowski was riding her bicycle along the sidewalk between Curry Village and Muir Lake. Anika put her right foot down in the gutter next to the sidewalk, and a bus negligently operated by defendant Delaware North Parks and Resorts ran over Anika's right foot causing her to suffer severe crush and degloving injuries that resulted in the partial amputation of Anika's foot.

5. WILLIAM TERRELL is a Senior Vice President and Financial Advisor for Morgan Stanley Smith Barney located at 1177 California Street, Suite 1431 in San Francisco, California, with 28 years in the Brokerage/Financial Advisory industry.

6. WILLIAM TERRELL is willing to serve as the Guardian ad Litem for the minor plaintiff ANIKA SLAGOWSKI. WILLIAM TERRELL is experienced, knowledgeable and fully competent to understand and protect the rights of the minor plaintiff, and has no interest adverse to ANIKA SLAGOWSKI or CANDACE SLAGOWSKI. He has also agreed to be present during the course of the trial in this matter. This is a primary reason for the change in guardians. CANDACE SLAGOWSKI has two other children, Rowan and Quenten, who are both in school and who both reside in Idaho. Being present for the course of this trial is therefore a hardship for CANDACE SLAGOSKI.

7. Attached as Exhibit 1 to this Petition is the Declaration of CANDACE SLAGOWSKI consenting to her withdrawal as Guardian ad Litem on behalf of minor plaintiff ANIKA SLAGOWSKI and to the instatement of WILLIAM TERRELL as minor plaintiff's new Guardian ad Litem with respect to this action.

8. Attached as Exhibit 2 to this Petition is the Declaration of WILLIAM

TERRELL consenting to his appointment of Guardian ad Litem on behalf of minor plaintiff ANIKA SLAGOWSKI with respect to this action.

9. Defendants have no objections to the change in Guardian ad Litem on behalf plaintiff ANIKA SLAGOWSKI.

Respectfully submitted,

Dated: September 24, 2012   ROUDA, FEDER, TIETJEN & McGUINN

/s/ *Miles B. Cooper*
MILES B. COOPER
Attorney for Plaintiff

## ORDER

The Petition for an order withdrawing CANDACE SLAGOWSKI and appointing WILLIAM TERRELL as Guardian Ad Litem for minor plaintiff ANIKA SLAGOWSKI is HEREBY GRANTED.

IT IS SO ORDERED.

Dated:   September 24, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE