IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIKA SLAGOWSKI, a minor by and through her Guardian ad litem, CANDACE SLAGOWSKI<br><br>Plaintiff,<br>v.<br><br>DELAWARE NORTH PARKS AND RESORTS, DNC PARKS & RESORTS AT YOSEMITE, INC., MELVIN FRIDAY, and, DOES 1 through 25, inclusive,<br><br>Defendants. | 1:11-CV-00160  AWI GSA<br><br>ORDER VACATING OCTOBER 2, 2012 TRIAL DATE |

The Court was notified today that the parties have reached a settlement in this matter. Accordingly, IT IS HEREBY ORDERED THAT:

1. The October 2, 2012 trial date and any remaining deadlines are VACATED;

2. The parties SHALL file the applicable settlement documents for approval;

3. In accordance with Local Rule 202(b), the parties SHALL set the motion for the minor's compromise before the magistrate judge assigned to this case, who will issue findings and recommendations to the court. The minor's attendance at the hearing, required by Local Rule 202(d), may be excused upon stipulation to good cause.

IT IS SO ORDERED.

Dated: September 27, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE