**CYNTHIA McGUINN (SBN 099324)**
**MILES B. COOPER (SBN 209085)**
**ROUDA, FEDER, TIETJEN & McGUINN**
44 Montgomery Street, Suite 4000
San Francisco, California  94104
*Telephone:* 415-398-5398
*Facsimile:*  415-398-8169
*mc.team@rftmlaw.com*
www.rftmlaw.com

ATTORNEYS FOR PLAINTIFF
ANIKA SLAGOWSKI, a minor by and through her
Guardian ad litem, CANDACE SLAGOWSKI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| ANIKA SLAGOWSKI, a minor by and through her Guardian ad litem, CANDACE SLAGOWSKI,<br><br>Plaintiff,<br><br>vs.<br><br>DELAWARE NORTH PARKS AND RESORTS, DNC PARKS & RESORTS AT YOSEMITE, INC., MELVIN FRIDAY, and DOES 1 through 25, Inclusive,<br><br>Defendants. | CASE NO. 1:11-cv-00160-AWI-GSA<br><br>**STIPULATION BY PARTIES EXCUSING MINOR PLAINTIFF ANIKA SLAGOWSKI FROM PERSONAL APPEARANCE AT MINOR'S COMPROMISE HEARING; and ORDER** |

Parties, by and through their attorneys of record, stipulate to excuse ANIKA SLAGOWSKI's personal appearance at the hearing to compromise minor's claim, a hearing date yet to be set.

**EXISTENCE OF GOOD CAUSE**

Good cause exists because:

1. Minor plaintiff ANIKA SLAGOWSKI resides in Twin Falls, Idaho. ANIKA

SLAGOWSKI traveled from Idaho to Fresno, California to attend the September 26, 2012 mediation. Further travel would create a financial hardship.

2. Should minor plaintiff ANIKA SLAGOWSKI, 11 years of age, be required to attend the hearing on the compromise of minor's claim, it would cause her to miss additional time from school. ANIKA SLAGOWSKI was away from school for four (4) days to attend the September 26, 2012 mediation.

IT IS SO STIPULATED.

Dated: September 28, 2012          ROUDA, FEDER, TIETJEN & McGUINN

/s/  *Miles B. Cooper*
MILES B. COOPER
Attorney for Plaintiff

Dated: September 28, 2012          McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

/s/   *Gregory S. Mason*                          .
GREGORY S. MASON
Attorney for Defendants

///
///
///

## **ORDER**

Based upon stipulation of the parties and good cause appearing, the Court orders that minor plaintiff ANIKA SLAGOWSKI is excused from personal attendance at the hearing on minor's compromise.

3

STIPULATION BY PARTIES EXCUSING MINOR PLAINTIFF ANIKA SLAGOWSKI FROM PERSONAL APPEARANCE AT MINOR'S COMPROMISE HEARING; and ORDER
{W0319911.DOC}

IT IS SO ORDERED.

Dated: __**October 1, 2012**__            __**/s/ Gary S. Austin**__
                                            UNITED STATES MAGISTRATE JUDGE

{W0319911.DOC}