1   **CYNTHIA McGUINN (SBN 099324)**
    **MILES B. COOPER (SBN 209085)**
2   **ROUDA, FEDER, TIETJEN & McGUINN**
3   44 Montgomery Street, Suite 4000
    San Francisco, California  94104
4   *Telephone:* 415-398-5398
    *Facsimile:*  415-398-8169
5   *mc.team@rftmlaw.com*
    www.rftmlaw.com
6

7   ATTORNEYS FOR PLAINTIFF
    ANIKA SLAGOWSKI, a minor by and through her
8   Guardian ad litem, CANDACE SLAGOWSKI

9

10              UNITED STATES DISTRICT COURT

11         EASTERN DISTRICT OF CALIFORNIA – FRESNO

12

| | |
|---|---|
| 13  ANIKA SLAGOWSKI, a minor by and through her Guardian ad litem, CANDACE SLAGOWSKI, | CASE NO. 1:11-cv-00160-AWI-GSA |
| 14 | |
| 15 | **STIPULATION BY PARTIES EXCUSING MINOR PLAINTIFF ANIKA SLAGOWSKI FROM PERSONAL APPEARANCE AT MINOR'S COMPROMISE HEARING; and ORDER** |
| 16                    Plaintiff, vs. | |
| 17  DELAWARE NORTH PARKS AND RESORTS, DNC PARKS & RESORTS AT YOSEMITE, INC., MELVIN FRIDAY, and DOES 1 through 25, Inclusive, | |
| 18 | |
| 19 | |
| 20 | |
| 21                    Defendants. | |

22

23          Parties, by and through their attorneys of record, stipulate to excuse ANIKA

24  SLAGOWSKI's personal appearance at the hearing to compromise minor's claim, a

25  hearing date yet to be set.

26                  **EXISTENCE OF GOOD CAUSE**

27          Good cause exists because:

28          1.  Minor plaintiff ANIKA SLAGOWSKI resides in Twin Falls, Idaho. ANIKA

                                    1

SLAGOWSKI traveled from Idaho to Fresno, California to attend the September 26, 2012 mediation. Further travel would create a financial hardship.

2.  Should minor plaintiff ANIKA SLAGOWSKI, 11 years of age, be required to attend the hearing on the compromise of minor's claim, it would cause her to miss additional time from school. ANIKA SLAGOWSKI was away from school for four (4) days to attend the September 26, 2012 mediation.

IT IS SO STIPULATED.

Dated: September 28, 2012                    ROUDA, FEDER, TIETJEN & McGUINN

                                             /s/  Miles B. Cooper
                                             MILES B. COOPER
                                             Attorney for Plaintiff


Dated: September 28, 2012                    McCORMICK, BARSTOW, SHEPPARD,
                                             WAYTE & CARRUTH LLP

                                             /s/   Gregory S. Mason              .
                                             GREGORY S. MASON
                                             Attorney for Defendants

///

///

///

2

STIPULATION BY PARTIES EXCUSING MINOR PLAINTIFF ANIKA SLAGOWSKI FROM PERSONAL
APPEARANCE AT MINOR'S COMPROMISE HEARING; and ORDER
{W0319911.DOC}

1

## <u>ORDER</u>

2      Based upon stipulation of the parties and good cause appearing, the Court orders

3   that minor plaintiff ANIKA SLAGOWSKI is excused from personal attendance at the

4   hearing on minor's compromise.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION BY PARTIES EXCUSING MINOR PLAINTIFF ANIKA SLAGOWSKI FROM PERSONAL
APPEARANCE AT MINOR'S COMPROMISE HEARING; and ORDER
{W0319911.DOC}

IT IS SO ORDERED.

Dated:    **October 1, 2012**                    **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE