IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIKA SLAGOWSKI, a minor by and through her Guardian ad litem, CANDACE SLAGOWSKI<br><br>                Plaintiff,<br>v.<br><br>DELAWARE NORTH PARKS AND RESORTS, DNC PARKS & RESORTS AT YOSEMITE, INC., MELVIN FRIDAY, and, DOES 1 through 25, inclusive,<br><br>                Defendants. | 1:11-CV-00160 AWI GSA<br><br>ORDER EXCUSING MINOR PLAINTIFF FROM PERSONAL ATTENDANCE AT HEARING |

      On September 28, 2012, the parties filed a stipulation to excuse minor plaintiff Anika Slagowski's personal appearance at the hearing on the compromise of minor's claim, a hearing date yet to be set. *See* Court's Docket, Doc. No. 71. The parties stipulate that good cause exists because the minor plaintiff resides in Twin Falls, Idaho, and travel from Idaho to Fresno, California to attend the hearing would create a financial hardship. The parties further note that attendance at the hearing would cause the minor plaintiff, who is 11 years of age, to miss school.

      Based upon stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that minor plaintiff Anika Slagowski is excused from personal attendance at the hearing on minor's compromise.

IT IS SO ORDERED.

Dated:    October 2, 2012

                                                      CHIEF UNITED STATES DISTRICT JUDGE