1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

9 | ANIKA SLAGOWSKI, a minor by and  ) 1:11-cv-160 AWI GSA
through her Guardian ad litem, WILLIAM  )

10 | TERRELL,  )
                        Plaintiff,  )

11 |                                    )  **ORDER ADOPTING FINDINGS AND**
        v.  )  **RECOMMENDATIONS RE: PETITION**

12 |                                    )  **FOR MINOR'S COMPROMISE IN PART**
DELAWARE NORTH PARKS AND  )

13 | RESORT, DNC PARKS AND RESORTS  )  (Doc. No. 78)
AT YOSEMITE, INC., MELVIN FRIDAY  )

14 | and DOES 1 through 25, inclusive,  )
                                    )

15 |                        Defendants.  )
                                    )

16

17        Plaintiff, Anika Slagowski, is a minor in this action ("minor").  On October 19, 2012, the

18   minor's guardian ad litem, William Terrell, filed a Petition for Minor's Compromise ("the

19   Petition").  *See* Court's Docket, Doc. No. 75.  On November 5, 2012, the Magistrate Judge issued

20   Findings and Recommendations recommending that the petition be granted in part.  *See id.* Doc.

21   No. 78.  Specifically, the Magistrate Judge reduced the amount of costs reimbursed to Plaintiff's

22   attorney by $700.00.  The Magistrate Judge also indicated that the minor's attorney could

23   withhold $5,000.00 to pay outstanding costs, but that within sixty (60) days, the minor's attorney

24   must file a detailed accounting of the outstanding costs paid, with proof that any remaining funds

25   were transferred to the minor's account.

26        The Findings and Recommendations were served on all parties and contained notice that

27   any objections were to be filed within fifteen days.  No party filed objections, however, on

28

1

1  November 20, 2012, the parties filed a stipulation noting that the $700.00 reduction in costs

2  should be added to the minor's net recovery.[1]  *See* Court's Docket, Doc. No. 80.

3        Accordingly, upon a review of the Findings and Recommendations and the parties'

4  stipulation, IT IS HEREBY ORDERED that the Findings and Recommendations dated November

5  5, 2012, are ADOPTED IN PART as outlined below :

6      1.    Defendants, Delaware North Parks and Resorts, DNC Parks & Resorts at Yosemite

7          Inc., and Melvin Friday, have settled all of Anika Slagowski's claims for

8          $590,000.00.  This amount is fair.

9      2.    The request for attorneys' fees in the amount of $147,500.00 and $160,267.28[2] for

10         advanced costs should be approved. The amount for advanced costs includes

11         $5,000.00 as a reserve for outstanding costs yet to be billed. Within **sixty (60)**

12         days, Plaintiff's counsel shall submit an itemized accounting of all outstanding

13         costs paid, and proof that any remaining balance was transferred into the minor's

14         account outlined below;

15     3.    The Court approves the distribution of funds to Strategic Recovery Partnership,

16         Inc., in the amount of  $61,877.85 to satisfy the outstanding lien for medical

17         services as set forth in the Petition;

18     4.    The remaining balance of the settlement in the amount of $220,354.87, shall be

19         transferred to William Terrell, in his capacity of guardian ad litem, for the benefit

20         of Anika Slagowski under the California Uniform Transfers to Minors Act. Mr.

21         William Terrell is appointed as the custodian of that account.  The balance of the

22         settlement amount shall be used to purchase high-grade zero coupon bonds through

23         Morgan Stanley Smith and Barney;

24

25     [1] Initially, on November 16, 2012, the parties filed a stipulation indicating a portion of the

26 $700.00 should be allocated to the minor, as well as to the minor's attorney for attorneys' fees. (Doc. 79).  On November 20, 2012, the parties filed an amended stipulation indicating that the

27 minor shall receive the entire $700.00. (Doc. 80).

28     [2] This amount reflects the $700.00 reduction previously described. The $700.00 has been added the minor's net settlement amount pursuant to the stipulation of the parties.

5.   There shall be no access to any of the funds from this account until the minor reaches at least the age of **eighteen (18)** absent a Court order;

6.   Petitioner, William Terrell shall have **sixty (60)** days to submit proof of the funding of the above referenced account to the Court; and

7.   The Court will dismiss of all claims against all defendants listed above with prejudice. Plaintiff's counsel shall submit such dismissal within **five (5)** days after payment of the agreed settlement amount is made, *and* after the required proofs outlined above have been submitted to the Court.

IT IS SO ORDERED.

Dated:    November 21, 2012

_____
UNITED STATES DISTRICT JUDGE

3