CYNTHIA McGUINN (SBN 099324)
MILES B. COOPER (SBN 209085)
ROUDA, FEDER, TIETJEN & McGUINN
44 Montgomery Street, Suite 4000
San Francisco, California 94104
Telephone: 415-398-5398
Facsimile: 415-398-8169
mc.team@rftmlaw.com
www.rftmlaw.com

ATTORNEYS FOR PLAINTIFF
ANIKA SLAGOWSKI, a minor by and through her
Guardian ad litem, CANDACE SLAGOWSKI

FILED
DEC 20 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| ANIKA SLAGOWSKI, a minor,<br><br>Plaintiff,<br><br>vs.<br><br>DELAWARE NORTH PARKS AND RESORTS, DNC **PARKS** & RESORTS AT YOSEMITE, INC., MELVIN FRIDAY, and DOES 1 through 25, Inclusive,<br><br>Defendants. | CASE NO. 1:11-cv-00160-AWI-GSA<br><br>**STIPULATION OF DISMISSAL**<br><br>The Honorable Anthony W. Ishii<br>Courtroom 2<br>Trial Date: October 2, 2012 |

It is hereby stipulated between the parties, by their respective counsel of record, that the above-entitled matter may be dismissed with prejudice and without costs.

Dated: December 19, 2012          ROUDA, FEDER, TIETJEN & McGUINN


                                  /s/ Miles B. Cooper
                                  MILES B. COOPER
                                  Attorney for Plaintiff

1
STIPULATION OF DISMISSAL

{W0321859.DOC}

1 | Dated: December 19, 2012           McCORMICK, BARSTOW, SHEPPARD, et al.

/s/ *Gregory S. Mason*
GREGORY S. MASON
Attorney for Defendants

It is so Ordered. Dated: 12-20-12

United States District Judge

2
STIPULATION OF DISMISSAL

{W0321859.DOC}