UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANIKA SLAGOWSKI, a minor by and through her Guardian ad litem, WILLIAM TERRELL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DELAWARE NORTH PARKS AND RESORT, DNC PARKS AND RESORTS AT YOSEMITE, INC., MELVIN FRIDAY and DOES 1 through 25, inclusive,<br><br>　　　　　　Defendants. | 1:11-cv-160 AWI GSA<br><br>**ORDER DENYING REQUEST FOR ADDITIONAL COSTS**<br><br>(Doc. No. 86)<br><br>**ORDER DISMISSING CASE** |

　　　　On November 21, 2012, the Court issued an order adopting the Magistrate Judge's Findings and Recommendations regarding the Petition for Minor's Compromise. *See* Court's Docket, Doc. No. 81. The order required that Plaintiff's counsel submit dismissal documents within five days after the payment of the agreed settlement *and* after the required proofs were submitted. *Id.* at 2-3. The required proofs mandated that within sixty (60) days, Plaintiff's counsel submit an itemized accounting of all outstanding costs paid from the five thousand dollar ($5,000.00) reserve the Court permitted counsel to maintain, and proof that any remaining balance was transferred into the minor's account. *Id*.

　　　　On December 19, 2012, the parties submitted a joint stipulation to dismiss this case. *See* Court's Docket, Doc. No. 82. On December 20, 2012, the Court dismissed the action and directed the clerk to close the case. *Id.,* Doc. No. 83. However, because Plaintiff had not filed the required

proofs outlined above, the Court subsequently reopened the case on December 26, 2012, and ordered Plaintiff to file the proofs no later than January 22, 2013. *Id.*, Doc. No. 84.

On January 2, 2013, Plaintiff submitted the required documents. *Id.*, Doc. Nos. 85, 86. In the accounting, Plaintiff's counsel notes that the firm paid $6,105.88 in costs, which exceeds the approved $5,000 reserve by $1,105.88. *Id.*, Doc. No. 86 at 2. Plaintiff's counsel requests that the Court order the guardian ad litem to disburse $1,105.88 from Plaintiff's settlement account to counsel's firm. *Id.* Alternatively, the firm will absorb the costs. *Id.*

Having reviewed the accounting, counsel's request for additional costs is denied. The Court has already awarded Plaintiff's counsel's firm $307,767.28. This includes $147,500.00 in attorneys' fees and $160,267.28 for costs. The total settlement amount was $590,000.00. After these reductions, the minor's net settlement is $220,354.87. Any further reductions to the minor's portion of the settlement proceeds would not be fair or reasonable.

Pursuant to the parties' stipulation filed on December 19, 2012, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice and without costs.

IT IS SO ORDERED.

Dated:     January 15, 2013

SENIOR DISTRICT JUDGE